UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-62318-CIV-ALTONAGA/Strauss

**WILLIAM SALTER**, *et al.*,

    Plaintiffs,

v.

**PHH MORTGAGE CORP.**,

    Defendant.

_____/

**ORDER**

**THIS CAUSE** came before the Court *sua sponte*. On December 2, 2021, the Court entered an Order [ECF No. 5] requiring the parties to file certificates of interested parties and corporate disclosure statements by December 13, 2021. To date, both parties have failed to do so.

Accordingly, the parties shall comply with the December 2, 2021 Order **[ECF No. 5]** and file certificates of interested parties and corporate disclosure statements by **December 15, 2021**. **With their submissions, the parties shall explain why they did not comply with the December 2, 2021 Order, necessitating this Order.**

**DONE AND ORDERED** in Miami, Florida, this 14th day of December, 2021.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record