UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:21-CV-62318-CMA

WILLIAM SALTER, and MARIE JOSEPH,
individually and on behalf of those similarly situated,

      Plaintiffs,
vs.

PHH MORTGAGE CORP.,

      Defendant.
_____/

### NOTICE OF SELECTION OF MEDIATOR

Plaintiffs and Defendant hereby file this Notice of Selection of Mediator, stating their agreement to use JOSEPH HUSS as mediator as set forth in the Proposed Order Scheduling Mediation filed and submitted herewith.

Respectfully submitted,

**THE ADVOCACY GROUP**
*Attorney for Plaintiffs*
100 S. Biscayne Blvd, Suite 300
Miami, FL 33131
Telephone: (954) 282-1858
Facsimile: (954) 282-8277
Email: service@advocacypa.com
Email: jkerr@ advocacypa.com

*/s/ Jessica L. Kerr*
Jessica L. Kerr, Esq.
Bar No. 92810

**LOCKE LORD LLP**
*Attorney for Defendant*
777 South Flagler Drive, Suite 215-East
West Palm Beach, Florida 33401
Telephone: 561-833-7700
Facsimile: 561-655-8719
Email: steven.brotman@lockelord.com
Email: RPerdew@lockelord.com

*/s/ Steven J. Brotman*
Steven J. Brotman, Esq.
Bar No. 85750

**SCOTT HIRSCH LAW GROUP**
*Attorney for Plaintiffs*
6810 N. State Road 7
Coconut Creek, FL 33073

1

Telephone: (561) 569-7062
Email: scott@scotthirschlawgroup.com

/s/ Scott D. Hirsch
Scott D. Hirsch, Esq.
Bar No. 50833

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 4, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Jessica L. Kerr
Jessica L. Kerr, Esq.
Bar No. 92810