**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-62318-CIV-ALTONAGA/Strauss**

**WILLIAM SALTER**, *et al.*,

    Plaintiffs,

vs.

**PHH MORTGAGE CORP.**,

    Defendant.

_____/

**ORDER**

**THIS CAUSE** came before the Court on the Motion to Appear *Pro Hac Vice* for Mary M. Nikolai, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing [ECF No. 29]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Mary M. Nikolai may appear and participate in this action on behalf of Walter Salter and Marie Joseph. The Clerk shall provide electronic notification of all electronic filings to Mary M. Nikolai at mnikolai@gustafsongluek.com.

**DONE AND ORDERED** in Miami, Florida, this 24th day of February, 2022.

_____
**CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record