UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 21-CV-62318-CMA

**WILLIAM SALTER, and MARIE JOSEPH,**
individually and on behalf of those similarly
situated,

        **Plaintiffs,**

vs.

**PHH MORTGAGE CORP.,**

        **Defendant.**
_____/

**PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Plaintiffs William Salter and Marie Joseph (collectively "Plaintiffs"), by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 15(a)(2) hereby move to file an Amended Complaint, and in support thereof state as follows:

**PROCEDURAL HISTORY**

1. On February 9, 2022, the Court entered its Order Granting in Part and Denying in Part Defendant PHH's Motion to Dismiss [D.E. 27]. As part of the Order the Court disagreed with Plaintiffs' arguments that the notice and cure requirement of section 20 of the operative mortgages did not apply. However, the Court did not dismiss the Complaint noting that Plaintiffs needed to explain their compliance with the Section.

2. While the motion to dismiss was pending and prior to the Court's Order, Plaintiffs' through their foreclosure counsel sent notice to PHH concerning the discrepancies

1

which are the subject of this action and providing an opportunity for PHH to cure. PHH responded through counsel, and informed Plaintiffs that they had done nothing necessitating correction.

3. Accordingly, Plaintiffs are submitting the attached proposed Amended Complaint which further details the steps Plaintiffs took to comply with Section 20 of the mortgage and removes their claims for the wire fee, which the Court did not find actionable and dismissed. Plaintiffs' proposed First Amended Complaint is attached hereto as Exhibit "A."

4. On March 4, 2022, Plaintiffs, through counsel, conferred with counsel for PHH and they _____ to the relief sought.

5. A proposed Order granting the relief sought herein is attached as Exhibit "B."

## MEMORANDUM OF LAW

Rule 15(a)(2) of the Federal Rules of Civil Procedure states that: "a party may amend its pleading only with the opposing party's written consent or the court's leave." *Denarii Sys. v. Arab*, 2013 U.S. Dist. LEXIS 18092 at *6 (S.D. Fla. 2013). However, Fed. R. Civ. P. 15(a)(2) specifically states "[t]he court should freely give leave when justice so requires." *Id.* "Unless a motion to amend a pleading is made in bad faith or for undue delay, constitutes dilatory conduct or will prejudice a non-movant, **leave to amend should be given freely**." *Id.* (citing *Hargett v. Valley Fed. Sav. Bank*, 60 F.3d 754, 761 (11th Cir. 1995) (emphasis added).

Here, in addition to not opposing the relief sought, Defendants will not be prejudiced by the granting of the instant Motion. The privilege to amend has not been abused, as this is Plaintiffs' first request for leave to amend. In addition, the amendment is not futile or made in bad faith as the proposed amendments are specific to the issues raised by the PHH's 12(b)

motion and the Court's Order.

**WHEREFORE,** Plaintiffs, William Salter and Marie Joseph, respectfully request this Court enter an Order: (1) granting Plaintiffs' Motion for Leave to Amend the Complaint; (2) deeming Plaintiffs' Amended Complaint is filed on the day said Order is entered; and (3) granting any further relief this Court deems just and proper.

### S.D. FLA. L.R. 7.1 CERTIFICATION

Pursuant to S.D. Fla. 7.1(a)(3), the parties have conferred, and Defendant does not oppose Plaintiffs' motion.

Dated: March 8, 2022

        Respectfully submitted,

        By: *Scott D. Hirsch*
        Scott David Hirsch
        **SCOTT HIRSCH LAW GROUP**
        Fla. Bar No. 50833
        6810 N. State Road 7
        Coconut Creek, FL 33073
        Tel: (561) 569-7062
        Email: scott@scotthirschlawgroup.com

        **GUSTAFSON GLUEK PLLC**
        Daniel E. Gustafson* *Pro Hac Forthcoming*
        David A. Goodwin* *Pro Hac Forthcoming*
        Mary M. Nikolai* *Pro Hac Vice*
        Canadian Pacific Plaza
        120 South 6th Street, Suite 2600
        Minneapolis, MN 55402
        Tel: (612) 333-8844
        Fax: (612) 339-6622
        E-mail: dgustafson@gustafsongluek.com
        dgoodwin@gustafsongluek.com
        mnikolai@gustafsongluek.com

        **THE ADVOCACY GROUP**
        Jessica L. Kerr
        Fla. Bar. No. 92810
        100 S. Biscayne Blvd, Suite 300

>Miami, FL 33131
>Telephone: (954) 282-1858
>Facsimile: (954) 282-8277
>Email: *jkerr@advocacypa.com*

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on March 8, 2022 with the Clerk of Court using CM/ECF which caused a copy to be served on all counsel of record.

>*Jessica L. Kerr*
>Jessica L. Kerr