UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 21-CV-62318-CMA

**WILLIAM SALTER, and MARIE JOSEPH,**
individually and on behalf of those similarly
situated,

   **Plaintiffs,**

vs.

**PHH MORTGAGE CORP.,**

   **Defendant.**
_____/

## MOTION FOR CONTINUANCE OF CLASS CERTIFICATION DEADLINE, CIVIL JURY TRIAL DATE AND PRETRIAL SCHEDULE [D.E. 10]

  Plaintiffs, **WILLIAM SALTER, and MARIE JOSEPH** ("Plaintiffs"), file this Unopposed Motion to Continue the Class Certification Deadline, Trial Date and Pretrial Deadlines Set by the Order Setting Civil Trial and in support of this request state as follows:

  1. This Court entered an Order Setting Trial and Pre-Trial Schedule [D.E. 10 ] on December 14, 2021.

  2. On February 9, 2022, the Court entered its Order Granting in Part and Denying in Part Defendant PHH's Motion to Dismiss [D.E. 27]. As part of the Order the Court disagreed with Plaintiffs' arguments that the notice and cure requirement of section 20 of the operative mortgages did not apply.

1

3. Thus in response to the Court's ruling, Plaintiffs are separately seeking leave to amend their complaint and request an extension of the January 25, 2022 deadline for same, which expired prior to the Court's ruling.

4. Plaintiffs served discovery requests including a draft Rule 30b6 Deposition Notice on Defendant; Defendant has provided March 18, 2022 as the proposed deposition date for Defendant's corporate representative.

5. Plaintiffs are awaiting Defendant's objections to the Rule 30b6 proposed topics and scope.

6. Defendant's responses are due on March 17, 2022 to Plaintiffs' Requests for Production and on March 23, 2022 to Plaintiffs' First Combined Set of Requests for Admissions and Interrogatories, respectfully.

7. Currently, the deadline for class certification discovery is March 18, 2022 and the deadline for Plaintiffs' class certification motion is March 28, 2022, respectively.

8. Plaintiffs need more time to conduct adequate class discovery in this matter.

9. Plaintiffs respectfully request the trial date and all pretrial deadlines for the instant litigation be continued by sixty (60) days and that all corresponding deadlines set by the Order Setting Civil Trial Date and Pretrial Schedule (D.E. 10), be extended equally in line with the foregoing continuance in order to allow for adequate class discovery.

10. Defendant does not oppose the proposed continuance but only agrees to a thirty (30) day extension of the trial date and corresponding pretrial deadlines, no prior continuances have been granted, and the continuance is not for the purposes of undue delay.

WHEREFORE, Plaintiffs request that this Court enter an Order continuing the trial date, and extending all corresponding pretrial deadlines, by 60 days and provide such further relief as it deems just and appropriate.

### S.D. FLA. L.R. 7.1 CERTIFICATION

Pursuant to S.D. Fla. 7.1(a)(3), the parties have conferred, and Defendant does not oppose Plaintiffs' motion but only agrees to an extension of thirty (30) days for the pretrial deadlines and trial date.

Dated: March 8, 2022

Respectfully submitted,

By: *Scott D. Hirsch*
Scott David Hirsch
**SCOTT HIRSCH LAW GROUP**
Fla. Bar No. 50833
6810 N. State Road 7
Coconut Creek, FL 33073
Tel: (561) 569-7062
Email: scott@scotthirschlawgroup.com

**GUSTAFSON GLUEK PLLC**
Daniel E. Gustafson* *Pro Hac Forthcoming*
David A. Goodwin* *Pro Hac Forthcoming*
Mary M. Nikolai* *Pro Hac Vice*
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
E-mail: dgustafson@gustafsongluek.com
dgoodwin@gustafsongluek.com
mnikolai@gustafsongluek.com

**THE ADVOCACY GROUP**
Jessica L. Kerr
Fla. Bar. No. 92810
100 S. Biscayne Blvd, Suite 300
Miami, FL 33131
Telephone: (954) 282-1858
Facsimile: (954) 282-8277
Email: *jkerr@advocacypa.com*

*Attorneys for Plaintiffs*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 8, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Jessica L. Kerr*
Jessica L. Kerr. Esq.
Fla. Bar No. 92810