**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-62318-CIV-ALTONAGA/Strauss**

**WILLIAM SALTER**, *et al.*,

      Plaintiffs,

v.

**PHH MORTGAGE CORP.**,

      Defendant.

_____/

**<u>ORDER</u>**

    **THIS CAUSE** is before the Court on Plaintiffs' Motion for Leave to File Amended Complaint [ECF No. 31].  Defendant does not oppose the requested relief.  (*See id.* 3).[1] Accordingly, it is

    **ORDERED AND ADJUDGED** that the Motion is **GRANTED**.  Plaintiffs shall file their amended complaint as a separate docket entry by **March 10, 2022**.

    **DONE AND ORDERED** in Miami, Florida, this 9th day of March, 2022.

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record

---

[1] The Court uses the pagination generated by the electronic CM/ECF database, which appears in the headers of all court filings.